
RECEIVED
IN MONROE, LA
MAY 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Cr. No. 05-30033-01 |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ROBERT SLEDGE** | **MAG. JUDGE KAREN L. HAYES** |

# ORDER

Upon consideration,

IT IS ORDERED that Defendant's Motion to Appeal [Doc. No. 38] is DENIED. The Court notes that Defendant is represented by counsel and cannot file motions pro se. Even if he were permitted to file motions pro se, counsel has previously filed a notice of appeal [Doc. No. 35] on his behalf. Finally, Defendant is not entitled to release pending his appeal pursuant to 18 U.S.C. § 3143(b).

Monroe, Louisiana, this 5 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE